Opinion issued March 29, 2012.

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 


 

 

 

 

In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-12-00156-CV

———————————

THOMAS
MICHAEL PRUSMACK, M.D., Appellant

V.

ALBERT
GONZALES AS PERSONAL REPRESENTATIVE OF THE ESTATE OF ANTHONY FLORES, Appellee



 



 

On Appeal from the 80th District Court 

Harris County, Texas



Trial Court Cause No. 2011-32629

 



MEMORANDUM OPINION

Appellant has filed a motion to dismiss the
appeal.  No opinion has issued.  Accordingly, we grant the motion and dismiss
the appeal.  See Tex. R. App. P. 42.1(a)(1).

We dismiss all other pending motions as moot.  We direct the Clerk to issue the mandate
within 10 days of the date of this opinion. 
See Tex. R. App. P. 18.1.

PER CURIAM

Panel
consists of Chief
Justice Radack and Justices Higley and Brown.